AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1308 Hancock Street, Bellevue, Nebraska,<br>Black 2000 Chevrolet Blazer, License plate TWL-675, and the cellular<br>telephone assigned call number 402-595-0900 with IMSI<br>310120046076513 and ESN 256691543200591656 | )<br>)<br>)  Case No.  8:15MJ99<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

The properties to be searched are more fully described in Attachment A, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The items to be seized are more fully described in Attachment B, which is incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   April 22, 2015   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     THOMAS D. THALKEN
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   4/9/15 @ 3:20 pm        _____
                                                            *Judge's signature*

City and state:   Omaha, Nebraska            THOMAS D. THALKEN, U.S. Magistrate Judge
                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: IG-14-0138 | Date and time warrant executed: April 9, 2015, 1630 hours | Copy of warrant and inventory left with: Henry R. Laclair/Resident |
| Inventory made in the presence of: SA Timothy Starmer | | |
| Inventory of the property taken and name of any person(s) seized: <br> - Smith and Wesson .357 revolver, Serial# N91192 <br> -nylon black pistol holster <br> -Pistol targets <br> Venue item for Danielle ZELAZNY <br> -blue nylon bag <br> -Miscellaneous .357 and .38 caliber ammunition <br><br> The above listed items were seized as evidence from 1308 Hancock St, Bellevue, Nebraska <br><br> The warrants for the vehicle and the phone listed on the search warrant were not executed. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 17 APR 2015

*Executing officer's signature*

TFO Jon Edwards

*Printed name and title*

## ATTACHMENT A

*Property to be searched*

1. 1308 Hancock Street, Bellevue, Nebraska;

2. a black 2000 Chevrolet Blazer, License plate TWL-675; and

3. the cellular telephone assigned call number 402-595-0900 with IMSI 310120046076513 and ESN 256691543200591656 ("Device"). This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

*Property to be seized*

1. All firearms.

2. Controlled substances held in violation of 21 U.S.C. §§ 841(a)(1).

3. The cellular telephone assigned call number 402-595-0900 with IMSI 310120046076513 and ESN 256691543200591656 ("Device")

4. All text message communications sent to and from "Device"

5. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

6. All photographs stored on the "Device"

7. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form. The term "storage medium" includes any physical

object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.